B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CLR, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **74-1902974** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**7600 W. Tidwell, Ste 400**<br>**Houston, TX** | ZIP CODE<br>**77040** | Street Address of Joint Debtor (No. and Street, City, and State): | ZIP CODE |
|---|---|---|---|

| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**7600 W. Tidwell, Ste 400**<br>**Houston, TX** | ZIP CODE<br>**77040** | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |
|---|---|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined by 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (1/08)                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **CLR, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                                                                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                        Page 3

| **Voluntary Petition** | Name of Debtor(s):   **CLR, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

**X**_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** **/s/ Barbara M. Rogers**

**Barbara M. Rogers**                    Bar No. **17163200**

**Rogers Anderson & Bensey PLLC**
**1415 North Loop West, Suite 1020**
**Houston, TX   77008**

Phone No. **(713) 868-4411**            Fax No. **(713) 868-4413**

02/09/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**CLR, Inc.**

**X** **/s/ John Manzelmann**
Signature of Authorized Individual

**John Manzelmann**
Printed Name of Authorized Individual

**Treasurer**
Title of Authorized Individual

**02/09/2010**
Date

Address

**X**_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **CLR, Inc.**                                               CASE NO

                                                                    CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

| | |
|---|---|
| 1.  Debtor's employer identification number is_____**74-1902974**_____. | |

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3.  The following financial data is the latest available information and refers to the debtor's condition on_____.

   a. Total Assets                         $419,763.28

   b. Total Liabilities                    $1,467,713.32

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $15,622.89 | 1 |
| Contingent  secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $1,452,090.43 | 89 |
| Contingent  unsecured debt | $0.00 | 0 |
| Disputed unsecured debt | $0.00 | 0 |
| Unliquidated unsecured debt | $0.00 | 0 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*


4.  Brief description of debtor's business:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **CLR, Inc.**                                              CASE NO

                                                                    CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

| |
|---|
| 5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor: |
| 6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor: |

I,                **John Manzelmann**                , the                        **Treasurer**                        of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date:  **02/09/2010**                            Signature:  **/s/ John Manzelmann**
                                                              *John Manzelmann*
                                                              **Treasurer**

B6A (Official Form 6A) (12/07)

In re  **CLR, Inc.**                                             Case No. _____
                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **CLR, Inc.**                                                            Case No. _____

                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Acct. No. xxxx4361, Sterling Bank | $1,426.90 |
| | | Acct. No. xxxx6409, Amegy Bank | $22.12 |
| | | Acct. No. xxxx3208, Amegy Bank | $5.00 |
| | | Acct. No. xxxx7233, Amegy Bank | ($6.99) |
| | | Acct. No. xxxx3240, Amegy Bank | ($6.99) |
| | | Sterling Account No. 5000554361 | $1,426.90 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **CLR, Inc.**                                                    Case No. _____
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorpo- rated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | |
| 16. Accounts receivable. | | Accounts receivable | $351,901.34 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **CLR, Inc.**                                                                 Case No. _____
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **CLR, Inc.**                                                                     Case No. _____
                                                                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | 3300 -SM Super Stack-3 Switch | $100.00 |
| | | Baracuda Spam Firewall | $100.00 |
| | | Multi-Tech Firewall router | $25.00 |
| | | Dell PowerEdge Exchange Server | $500.00 |
| | | Dell PowerEdge CAD Server | $5,000.00 |
| | | Dell PowerEdge Backlup CAD Server | $1,000.00 |
| | | Dell PowerEdge CLR/DB Server | $500.00 |
| | | Dell GIG/NAS Server | $500.00 |
| | | Dell Marketing Server | $100.00 |
| | | Unitrends DPU | $7,000.00 |
| | | 3Comm 3300-Sm SuperStack-3 Switch (3) | $300.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **CLR, Inc.**                                               Case No. _____

                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 3Comm Super Stack 500 Hub (2) | $200.00 |
| | | 3Comm Super Stack II Dual Speed Hub (3) | $300.00 |
| | | Intel Netstructure 3110 VPN Gateway | $100.00 |
| | | Quantum Snap Server | $200.00 |
| | | Dell PowerEdge 850 P4/1GB/SRV 2003 | $250.00 |
| | | Desktop Computers w/monitors (30 @ $100) | $3,000.00 |
| | | Laptop Computers (6@$200) | $1,200.00 |
| | | Network Printers (3@$100) | $300.00 |
| | | Non-network printers (7@$25) | $175.00 |
| | | AutoCad Civl 3DE-2009 (3@$2,500) | $7,500.00 |
| | | NEC Phone system parts | $1,500.00 |
| | | Cubicles (51@$10) | $510.00 |
| | | Flat files (25@$25) | $625.00 |
| | | Transportation file cabinets (3@$100) | $300.00 |
| | | King files (4@$25) | $100.00 |
| | | File cabinets -4 dwr. (5@$5) | $25.00 |
| | | Files Cabinets-5 dwr lateral (11@$10) | $110.00 |
| | | File Cabinets -4 drw lateral (4@$10) | $40.00 |
| | | Desk chairs - cubes (40@$15) | $600.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **CLR, Inc.**                                                                 Case No. _____
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Credenzas (13@$25) | $325.00 |
| | | Work tables (5@$25) | $125.00 |
| | | File cabinets-2 dwr (21@$10) | $210.00 |
| | | Bookcases (31@$10) | $310.00 |
| | | Guest chairs (2@$5) | $10.00 |
| | | Round 48" conference tables (2@$50) | $100.00 |
| | | Conference chairs (4@$25) | $100.00 |
| | | Sofa tables (6@$10) | $60.00 |
| | | Whiteboard | $5.00 |
| | | Small bookcases (2@$5) | $10.00 |
| | | Desk (missing drawer) | $20.00 |
| | | Thin bookcase | $5.00 |
| | | Side chairs (22@$10) | $220.00 |
| | | Desk chairs (54@$15) | $810.00 |
| | | Desks (11@$25) | $275.00 |
| | | Guest chairs (4@$10) | $40.00 |
| | | Secretarial desk | $10.00 |
| | | Secretarial desks (4@$25) | $100.00 |
| | | File cabinet-5 dwr lateral | $25.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **CLR, Inc.**                                                              Case No. _____

                                                                                                     (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Metal frame/glass top desk | $25.00 |
| | | Conference chairs (36@$15) | $540.00 |
| | | Armless chairs (21@$50) | $105.00 |
| | | 12 foot conference table | $100.00 |
| | | End table | $5.00 |
| | | 16 ' x 59" conference table with marble top | $500.00 |
| | | 10 foot single piece conference table | $100.00 |
| | | Round conference table (2@$10) | $20.00 |
| | | Chairs (8@$10) | $80.00 |
| | | Desks (4@25) | $100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | GPS equipment - 1999 (Leica 300) | $10,000.00 |
| | | GPS equipment - 2005 (Leica 1200) | $7,500.00 |
| | | Ice maker | $100.00 |
| | | Leica TCR 307 (2@$1,000) | $2,000.00 |
| | | Leica 1100L | $5,000.00 |
| | | TopCon Total Station | $400.00 |
| | | Leica TC 805 Total Station | $1,500.00 |
| | | Sokkia B2C | $400.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **CLR, Inc.**                                      Case No. _____
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| | | CST Magna Trak (4@$200) | $800.00 |
| | | Leica Digital DNA10 | $500.00 |
| | | Misc. instruments (3@$100) | $300.00 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____7_____ continuation sheets attached     **Total  >**   **$419,763.28**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **CLR, Inc.**                                           Case No. _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**Amegy Bank**<br>**12130 Hempstead Rd.**<br>**Houston, TX 77092** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Unitrends DPU**<br>REMARKS:<br><br><br>VALUE:                    **$7,000.00** | | | | **$15,622.89** | **$8,622.89** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | **$15,622.89** | **$8,622.89** |
| | | | | Total (Use only on last page) > | | **$15,622.89** | **$8,622.89** |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____**No**_____ continuation sheets attached

B6E (Official Form 6E) (12/07)

In re **CLR, Inc.**                                                                 Case No. _____
                                                                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **CLR, Inc.**                                                                       Case No. _____
                                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadephia, PA  19114** | | DATE INCURRED:<br>CONSIDERATION:<br>**941 Taxes**<br>REMARKS: | | | | $200,000.00 | $200,000.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | $200,000.00 | $200,000.00 | $0.00 |
|---|---|---|---|---|
| | Total > | $200,000.00 | | |
| | **(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | | | |
| | Totals > | | $200,000.00 | $0.00 |
| | **(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | | | |

B6F (Official Form 6F) (12/07)

In re  **CLR, Inc.**                                          Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**A & E**<br>**P.O. Box 27286**<br>**Houston, TX 77227** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $3,757.51 |
| ACCT #:<br>**ACI**<br>**602 Sawyer St.**<br>**Houston, TX 77007** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $625.00 |
| ACCT #:<br>**AIA Engineers**<br>**15310 Park Row**<br>**Houston, TX 77084** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $81,652.34 |
| ACCT #:<br>**AICCO** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $8,732.06 |
| ACCT #:<br>**Amegy Bank**<br>**12130 Hempstead Road**<br>**Houston, TX  77092** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $437,000.00 |
| ACCT #:<br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $6,156.75 |

Subtotal >  **$537,923.66**

_____**14**_____ continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**                                       Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ANA Consultants**<br>**1701 River Run, Ste 610**<br>**Ft. Worth, TX 76107** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $6,190.00 |
| ACCT #:<br>**Aramark**<br>**1665 Townhurst, Ste 160**<br>**Houston, TX 77043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $489.62 |
| ACCT #:<br>**Association of Water Board Engineers**<br>**400 Randal Way, Ste 307**<br>**Spring, TX 77388** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $550.00 |
| ACCT #:<br>**AT&T**<br>**P.O. Box 5001**<br>**Carol Stream, IL 60197** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $358.93 |
| ACCT #:<br>**AT&T Mobility**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,484.18 |
| ACCT #:<br>**AT&T Yellow Pages**<br>**P.O. Box 5010**<br>**Carol Stream, IL 60197** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $332.31 |

Sheet no. ____1____ of ____14____ continuation sheets attached to          **Subtotal >**   **$9,405.04**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**                                          Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**B&B Tire & Brake**<br>**13716 Hempstead Hwy.**<br>**Houston, TX 77040** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $15.00 |
| ACCT #:<br>**B&E Reprographics**<br>**3664 Walnut Bend Ln. #A**<br>**Houston, TX 77042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $4,008.10 |
| ACCT #:<br>**Bentley Systems**<br>**P.O. Box 828836**<br>**Philadelphia, PA 19182** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $16,184.57 |
| ACCT #:<br>**Berg-Oliver**<br>**14701 St. Mary's Ln., Ste 400**<br>**Houston, TX 77079** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $13,003.90 |
| ACCT #:<br>**Bosworth Papers**<br>**P.O. Box 40905**<br>**Houston, TX 77240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $186.11 |
| ACCT #:<br>**Brown & Gay**<br>**10777 Westheimer, Ste 400**<br>**Houston, TX 77042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $9,460.08 |

Sheet no. ___2___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    $42,857.76

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**C.N. Koehl**<br>**3237 Cavasback St.**<br>**Katy, TX 77493** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,400.00 |
| ACCT #:<br>**Chicago Title**<br>**909 Fannin, Ste 300**<br>**Houston, TX 77010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $476.30 |
| ACCT #:<br>**Chubb Group Insurance**<br>**P.O. Box 7777-1630**<br>**Philadelphia, PA 19175** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $2,000.00 |
| ACCT #:<br>**Cobb Fendley**<br>**13430 Northwest Fwy., Ste 1100**<br>**Houston, TX 77040** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $98,168.72 |
| ACCT #:<br>**Cornerstone Measurement**<br>**1050 N. Post Oak Rd., Ste 250**<br>**Houston, TX 77055** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $2,383.03 |
| ACCT #:<br>**Courthouse Direct**<br>**P.O. Box 70558**<br>**Houston, TX 77270** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $8,122.81 |

Sheet no. ____3____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $112,550.86

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **CLR, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Covad Comm8unications**<br>**Dept. 33408 P.O. Box 39000**<br>**San Francisco, CA 94139** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $398.36 |
| ACCT #:<br>**Custom Coffee**<br>**File #55172**<br>**Los Angeles, CA 90074** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $153.25 |
| ACCT #:<br>**Cypress Fairbanks Education Foundation**<br>**P.O. Box 1698**<br>**Cypress, TX 77410** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $150.00 |
| ACCT #:<br>**Deltek Systems**<br>**P.O. Box 79581**<br>**Baltimore, MD 21279** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,845.17 |
| ACCT #:<br>**Deluxe Business Forms**<br>**P.O. Box 742562**<br>**Cincinnati, OH 45274** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $243.04 |
| ACCT #:<br>**DISA**<br>**Dept. 890314**<br>**P.O. Box 120314**<br>**Dallas, TX 75312** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $82.00 |

Sheet no. ____4____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$2,871.82**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ECAD**<br>**10333 Harwin Dr., Ste 655**<br>**Houston, TX 77036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $5,602.30 |
| ACCT #:<br>**Economic Development Alliance**<br>**201 E. Myrtle, Ste 139**<br>**Angleton, TX 77515** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $30.00 |
| ACCT #:<br>**Enhanced Laser Products**<br>**9075 Katy Fwy.**<br>**Houston, TX 77043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $140.73 |
| ACCT #:<br>**Enterprise Fleet Services**<br>**10401 Centerpark Dr., Ste 200**<br>**Houston, TX 77043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $6.86 |
| ACCT #:<br>**Excelsis**<br>**2825 Wilcrest Dr., Ste 100**<br>**Houston, TX 77042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $18,584.89 |
| ACCT #:<br>**Hermes Architects**<br>**1177 W. Loop S., Ste 500**<br>**Houston, TX 77027** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $2,372.50 |

Sheet no. ____5____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$26,737.28**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Houston Business Journal** <br> **Dept. #01** <br> **P.O. Box 2609** <br> **Houston, TX  77252** <br> ` | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $1,638.00 |
| ACCT #: <br> **Houston-Galveston Area Council** <br> **3555 Timmons, Ste 120** <br> **Houston, TX 77027** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Hugh W. Clarkson** <br> **20906 Imperial Oak Dr.** <br> **Magnolia, TX 77355** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $10,600.00 |
| ACCT #: <br> **Infinisource** <br> **15 E. Washington St.** <br> **Coldwater, MI 49036** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $20.00 |
| ACCT #: <br> **Integrated Marketing Systems** <br> **945 Hornblend St., Ste G** <br> **San Diego, CA 92109** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $997.50 |
| ACCT #: <br> **Investors Warranty of America** <br> **7600 W. Tidwell, Ste 106** <br> **Houston, TX 77040** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $1,343.59 |

Sheet no. ____6____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $14,599.09

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**James C. Peyton**<br>**18327 Heaton Dr.**<br>**Houston, TX 77084** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$15,900.00** |
| ACCT #:<br>**James M. Ratcliff**<br>**5312 Cypress Ranch Blvd.**<br>**Spicewood, TX 78669** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$75,003.14** |
| ACCT #:<br>**Jones Auto**<br>**7731 Hillmont**<br>**Houston, TX 77040** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$1,579.47** |
| ACCT #:<br>**Key Equipment Finance**<br>**P.O. Box 203901**<br>**Houston, TX 77216** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$523.97** |
| ACCT #:<br>**Konica Minolta**<br>**Dept. 2366**<br>**P.O. Box 122366**<br>**Dallas, TX 75312** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$8,400.67** |
| ACCT #:<br>**Konica Minolta**<br>**21146 Network Place**<br>**Chicago, IL 60673** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$528.15** |

Sheet no. ___7___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$101,935.40**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kuo & Associates**<br>**10700 Richmond, Ste 113**<br>**Houston, TX 77032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $32,353.00 |
| ACCT #:<br>**Landmaps & Information**<br>**P.O. Box 7894**<br>**Houston, TX 77270** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $151.20 |
| ACCT #:<br>**Leica Geosystems**<br>**15865 International Plaza, Ste 230**<br>**Houston, TX 77032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $875.16 |
| ACCT #:<br>**Lightspeed Locating**<br>**845 Augusta Dr.,  Ste 96**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,350.00 |
| ACCT #:<br>**Lincoln National**<br>**P.O. Box 7247-0439**<br>**Philadelphia, PA 19170** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,214.00 |
| ACCT #:<br>**Lone Star Overnight**<br>**P.O. Box 149225**<br>**Austin, TX 78714** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $540.01 |

Sheet no. ____8____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$36,483.37**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **CLR, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Magnolia Area Chamber of Commerce**<br>**P.O. Box 399**<br>**Magnolia, TX 77353** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $250.00 |
| ACCT #:<br>**Neill Associates**<br>**2077 S. Gessner, Ste 227**<br>**Houston, TX 77063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $7,750.00 |
| ACCT #:<br>**Neopost**<br>**P.O. Box 45840**<br>**San Francisco, CA 94145** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $745.99 |
| ACCT #:<br>**Orval E. Rhoads**<br>**3606 Pitts Rd.**<br>**Katy, TX 77493** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $18,550.00 |
| ACCT #:<br>**Pathfinder LLD**<br>**1160 Dairy Ashford, Ste 220**<br>**Houston, TX 77079** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $250.00 |
| ACCT #:<br>**Plant Interscapes**<br>**6436 Babcock Rd.**<br>**San Antonio, TX 78249** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $703.08 |

Sheet no. ____9____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $28,249.07

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**                                                     Case No. _____

                                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Pro Form**<br>**723 Wellington Pt., Ste 200**<br>**Houston, TX 77094** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $297.00 |
| ACCT #:<br>**Professional Services Industries**<br>**P.O. Box 71168**<br>**Chicago, IL 60694** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $297.00 |
| ACCT #:<br>**Proforma**<br>**P.O. Box 640814**<br>**Cincinnati, OH 45264** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $799.91 |
| ACCT #:<br>**Project Surveillance**<br>**9822 Whithorn Dr., Ste A**<br>**Houston, TX 77095** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $59,878.00 |
| ACCT #:<br>**Prudential Financial**<br>**P.O. Box 1206**<br>**Wilkes-Barre, PA 18703** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $437.50 |
| ACCT #:<br>**R&R Publishing**<br>**1431 Graham Dr., Ste 201**<br>**Tomball, TX 77375** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $345.00 |

Sheet no. ____**10**____ of ____**14**____ continuation sheets attached to                                  **Subtotal >**     **$62,054.41**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      **Total >**
                                         **(Use only on last page of the completed Schedule F.)**
                                 **(Report also on Summary of Schedules and, if applicable, on the**
                                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Rehka Engineers**<br>**11222 Richmond Ave., Ste 220**<br>**Houston, TX 77082** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $5,996.39 |
| ACCT #:<br>**Reliant Business Products**<br>**5757 Ranchester, Ste 1400**<br>**Houston, TX 77036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $855.13 |
| ACCT #:<br>**Reproduction Equipment Service**<br>**9610 Linkmeadow Ln.**<br>**Houston, TX 77025** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,884.16 |
| ACCT #:<br>**Reynolds Smith & Hill**<br>**11011 Richmond Ave., Ste 700**<br>**Houston, TX 77042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $17,915.16 |
| ACCT #:<br>**Ridgway's**<br>**P.O. Box 842146**<br>**Dallas, TX 75284** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $287.75 |
| ACCT #:<br>**Stewart Title**<br>**4700 W. Sam Houston, Pkwy. N. , Ste 100**<br>**Houston, TX 77041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,041.25 |

Sheet no. ____11_____ of _____14_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $27,979.84 |
|---|---|---|
|  | **Total >**<br>**(Use only on last page of the completed Schedule F.)**<br>**(Report also on Summary of Schedules and, if applicable, on the**<br>**Statistical Summary of Certain Liabilities and Related Data.)** | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**                                        Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Supershot**<br>**P.O. Box 110387**<br>**Houston, TX 77206** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $2,067.70 |
| ACCT #:<br>**Surveying Equipment Specialists**<br>**11875 W. Little York, Ste 901**<br>**Houston, TX 77041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $365.99 |
| ACCT #:<br>**Texas Council of Engineering Companies**<br>**1001 Congress Ave., Ste 200**<br>**Austin, TX 78701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $72,969.50 |
| ACCT #:<br>**Tolunay-Wong**<br>**10710 S. Sam Houston Pkwy. W., Ste 100**<br>**Houston, TX 77031** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $72,375.00 |
| ACCT #:<br>**Tomball Area Chamber of Commerce**<br>**14011 Park Dr., Ste 111**<br>**Tomball, TX 77375** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $420.00 |
| ACCT #:<br>**Trinity Capital**<br>**475 Sansome St.**<br>**San Francisco, CA 94111** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $387.38 |

Sheet no. ____12____ of ____14____ continuation sheets attached to                                   **Subtotal >** | **$148,585.57**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**                                                     Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Tukay Associates**<br>**11222 Richmond Ave., Ste 214**<br>**Houston, TX 77082** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $26,607.61 |
| ACCT #:<br>**TW Telecom**<br>**P.O. Box 172567**<br>**Denver, CO 80217** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $3,305.22 |
| ACCT #:<br>**US Health Works**<br>**P.O. Box 404974**<br>**Alanta, GA 30384** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $10.00 |
| ACCT #:<br>**Veritas Title Partners**<br>**2415 W. Alabama, Ste 203**<br>**Houston, TX 77098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $500.00 |
| ACCT #:<br>**Water Engineers**<br>**17230 Huffmeister Rd.**<br>**Cypress, TX 77429** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $47,828.52 |
| ACCT #:<br>**WCDEP**<br>**742 12th St.**<br>**Hempstead, TX 77445** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $1,000.00 |

Sheet no. ____13____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      **Subtotal >**      **$79,251.35**

                                                                         **Total >**
                              **(Use only on last page of the completed Schedule F.)**
                      **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLR, Inc.**

Case No. _____
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **West Houston Association** <br> **820 Gessner, Ste 1310** <br> **Houston, TX 77024** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $50.00 |
| ACCT #: <br> **Whitley & Siddons** <br> **P.O. Box 164047** <br> **Austin, TX 78716** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $92.97 |
| ACCT #: <br> **Wright Business Technologies** <br> **333 N. Sam Houston Pkwy. E., Ste 100** <br> **Houston, TX 77060** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $18,641.82 |
| ACCT #: <br> **Wright Express** <br> **P.O. Box 6293** <br> **Carol Stream, IL 60197** | | DATE INCURRED: <br> CONSIDERATION: <br> **Goods and services** <br> REMARKS: | | | | $1,821.12 |
| | | | | | | |
| | | | | | | |

Sheet no. ____14____ of ____14____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $20,605.91

**Total >**   $1,252,090.43
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **CLR, Inc.**                                               Case No. _____
                                                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Investors Warranty of America**<br>7600 W. Tidwell, Ste 106<br>Houston, TX 77040 | office space lease<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re   **CLR, Inc.**                                                                    Case No. _____
                                                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re  **CLR, Inc.**                                          Case No.

Chapter        **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 8 | $419,763.28 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $15,622.89 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $200,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $1,252,090.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 29 | $419,763.28 | $1,467,713.32 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **CLR, Inc.**                                                    Case No. _____

                                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**_Treasurer_**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**30**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **02/09/2010**_____          Signature  **_/s/ John Manzelmann_**_____

                                                                                          **_John Manzelmann_**
                                                                                          **_Treasurer_**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571._

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **CLR, Inc.**                                     Case No.

                                                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Amegy Bank<br>12130 Hempstead Road<br>Houston, TX  77092 | | Loan | | **$437,000.00** |
| Internal Revenue Service<br>PO Box 21126<br>Philadephia, PA  19114 | | 941 Taxes | | **$200,000.00** |
| Cobb Fendley<br>13430 Northwest Fwy., Ste 1100<br>Houston, TX 77040 | | Goods and services | | **$98,168.72** |
| AIA Engineers<br>15310 Park Row<br>Houston, TX 77084 | | Goods and services | | **$81,652.34** |
| James M. Ratcliff<br>5312 Cypress Ranch Blvd.<br>Spicewood, TX 78669 | | Goods and services | | **$75,003.14** |
| Texas Council of Engineering Companies<br>1001 Congress Ave., Ste 200<br>Austin, TX 78701 | | Goods and services | | **$72,969.50** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **CLR, Inc.**                                    Case No.

                                                    Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Tolunay-Wong<br>10710 S. Sam Houston Pkwy. W., Ste 100<br>Houston, TX 77031 | | Goods and services | | **$72,375.00** |
| Project Surveillance<br>9822 Whithorn Dr., Ste A<br>Houston, TX 77095 | | Goods and services | | **$59,878.00** |
| Water Engineers<br>17230 Huffmeister Rd.<br>Cypress, TX 77429 | | Goods and services | | **$47,828.52** |
| Kuo & Associates<br>10700 Richmond, Ste 113<br>Houston, TX 77032 | | Goods and services | | **$32,353.00** |
| Tukay Associates<br> 11222 Richmond Ave., Ste 214<br>Houston, TX 77082 | | Goods and services | | **$26,607.61** |
| Wright Business Technologies<br>333 N. Sam Houston Pkwy. E., Ste 100<br>Houston, TX 77060 | | Goods and services | | **$18,641.82** |
| Excelsis<br>2825 Wilcrest Dr., Ste 100<br>Houston, TX 77042 | | Goods and services | | **$18,584.89** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **CLR, Inc.**                                           Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Orval E. Rhoads<br>3606 Pitts Rd.<br>Katy, TX 77493 | | Goods and services | | **$18,550.00** |
| Reynolds Smith & Hill<br>11011 Richmond Ave., Ste 700<br>Houston, TX 77042 | | Goods and services | | **$17,915.16** |
| Bentley Systems<br>P.O. Box 828836<br>Philadelphia, PA 19182 | | Goods and services | | **$16,184.57** |
| James C. Peyton<br>18327 Heaton Dr.<br>Houston, TX 77084 | | Goods and services | | **$15,900.00** |
| Berg-Oliver<br>14701 St. Mary's Ln., Ste 400<br>Houston, TX 77079 | | Goods and services | | **$13,003.90** |
| Hugh W. Clarkson<br>20906 Imperial Oak Dr.<br>Magnolia, TX 77355 | | Goods and services | | **$10,600.00** |
| Brown & Gay<br>10777 Westheimer, Ste 400<br>Houston, TX 77042 | | Goods and services | | **$9,460.08** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:   **CLR, Inc.**                                                                          Case No.

                                                                                    Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Treasurer**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**02/09/2010**_____          Signature:__**/s/ John Manzelmann**_____
                                                                                    *John Manzelmann*
                                                                                    **Treasurer**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **CLR, Inc.**                                        CASE NO

                                                             CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  02/09/2010                                Signature   /s/ John Manzelmann
                                                          *John Manzelmann*
                                                          *Treasurer*

Date _____                     Signature _____

```
A & E
P.O. Box 27286
Houston, TX 77227


ACI
602 Sawyer St.
Houston, TX 77007


AIA Engineers
15310 Park Row
Houston, TX 77084


AICCO



Amegy Bank
12130 Hempstead Rd.
Houston, TX 77092


Amegy Bank
12130 Hempstead Road
Houston, TX  77092


American Express
P.O. Box 650448
Dallas, TX 75265


ANA Consultants
1701 River Run, Ste 610
Ft. Worth, TX 76107


Aramark
1665 Townhurst, Ste 160
Houston, TX 77043
```

Association of Water Board Engineers
400 Randal Way, Ste 307
Spring, TX 77388


AT&T
P.O. Box 5001
Carol Stream, IL 60197


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197


AT&T Yellow Pages
P.O. Box 5010
Carol Stream, IL 60197


B&B Tire & Brake
13716 Hempstead Hwy.
Houston, TX 77040


B&E Reprographics
3664 Walnut Bend Ln. #A
Houston, TX 77042


Bentley Systems
P.O. Box 828836
Philadelphia, PA 19182


Berg-Oliver
14701 St. Mary's Ln., Ste 400
Houston, TX 77079


Bosworth Papers
P.O. Box 40905
Houston, TX 77240

Brown & Gay
10777 Westheimer, Ste 400
Houston, TX 77042


C.N. Koehl
3237 Cavasback St.
Katy, TX 77493


Chicago Title
909 Fannin, Ste 300
Houston, TX 77010


Chubb Group Insurance
P.O. Box 7777-1630
Philadelphia, PA 19175


CLR, Inc.
7600 W. Tidwell, Ste 400
Houston, TX 77040


Cobb Fendley
13430 Northwest Fwy., Ste 1100
Houston, TX 77040


Cornerstone Measurement
1050 N. Post Oak Rd., Ste 250
Houston, TX 77055


Courthouse Direct
P.O. Box 70558
Houston, TX 77270


Covad Comm8unications
Dept. 33408 P.O. Box 39000
San Francisco, CA 94139

Custom Coffee
File #55172
Los Angeles, CA 90074


Cypress Fairbanks Education Foundation
P.O. Box 1698
Cypress, TX 77410


Deltek Systems
P.O. Box 79581
Baltimore, MD 21279


Deluxe Business Forms
P.O. Box 742562
Cincinnati, OH 45274


DISA
Dept. 890314
P.O. Box 120314
Dallas, TX 75312


ECAD
10333 Harwin Dr., Ste 655
Houston, TX 77036


Economic Development Alliance
201 E. Myrtle, Ste 139
Angleton, TX 77515


Enhanced Laser Products
9075 Katy Fwy.
Houston, TX 77043


Enterprise Fleet Services
10401 Centerpark Dr., Ste 200
Houston, TX 77043

Excelsis
2825 Wilcrest Dr., Ste 100
Houston, TX 77042


Hermes Architects
1177 W. Loop S., Ste 500
Houston, TX 77027


Houston Business Journal
Dept. #01
P.O. Box 2609
Houston, TX  77252
`

Houston-Galveston Area Council
3555 Timmons, Ste 120
Houston, TX 77027


Hugh W. Clarkson
20906 Imperial Oak Dr.
Magnolia, TX 77355


Infinisource
15 E. Washington St.
Coldwater, MI 49036


Integrated Marketing Systems
945 Hornblend St., Ste G
San Diego, CA 92109


Internal Revenue Service
PO Box 21126
Philadephia, PA   19114


Investors Warranty of America
7600 W. Tidwell, Ste 106
Houston, TX 77040

James C. Peyton
18327 Heaton Dr.
Houston, TX 77084


James M. Ratcliff
5312 Cypress Ranch Blvd.
Spicewood, TX 78669


Jones Auto
7731 Hillmont
Houston, TX 77040


Key Equipment Finance
P.O. Box 203901
Houston, TX 77216


Konica Minolta
Dept. 2366
P.O. Box 122366
Dallas, TX 75312


Konica Minolta
21146 Network Place
Chicago, IL 60673


Kuo & Associates
10700 Richmond, Ste 113
Houston, TX 77032


Landmaps & Information
P.O. Box 7894
Houston, TX 77270


Leica Geosystems
15865 International Plaza, Ste 230
Houston, TX 77032

Lightspeed Locating
845 Augusta Dr.,  Ste 96
Houston, TX 77057


Lincoln National
P.O. Box 7247-0439
Philadelphia, PA 19170


Lone Star Overnight
P.O. Box 149225
Austin, TX 78714


Magnolia Area Chamber of Commerce
P.O. Box 399
Magnolia, TX 77353


Neill Associates
2077 S. Gessner, Ste 227
Houston, TX 77063


Neopost
P.O. Box 45840
San Francisco, CA 94145


Orval E. Rhoads
3606 Pitts Rd.
Katy, TX 77493


Pathfinder LLD
1160 Dairy Ashford, Ste 220
Houston, TX 77079


Plant Interscapes
6436 Babcock Rd.
San Antonio, TX 78249

Pro Form
723 Wellington Pt., Ste 200
Houston, TX 77094


Professional Services Industries
P.O. Box 71168
Chicago, IL 60694


Proforma
P.O. Box 640814
Cincinnati, OH 45264


Project Surveillance
9822 Whithorn Dr., Ste A
Houston, TX 77095


Prudential Financial
P.O. Box 1206
Wilkes-Barre, PA 18703


R&R Publishing
1431 Graham Dr., Ste 201
Tomball, TX 77375


Rehka Engineers
11222 Richmond Ave., Ste 220
Houston, TX 77082


Reliant Business Products
5757 Ranchester, Ste 1400
Houston, TX 77036


Reproduction Equipment Service
9610 Linkmeadow Ln.
Houston, TX 77025

Reynolds Smith & Hill
11011 Richmond Ave., Ste 700
Houston, TX 77042


Ridgway's
P.O. Box 842146
Dallas, TX 75284


Stewart Title
4700 W. Sam Houston, Pkwy. N. , Ste 100
Houston, TX 77041


Supershot
P.O. Box 110387
Houston, TX 77206


Surveying Equipment Specialists
11875 W. Little York, Ste 901
Houston, TX 77041


Texas Council of Engineering Companies
1001 Congress Ave., Ste 200
Austin, TX 78701


Tolunay-Wong
10710 S. Sam Houston Pkwy. W., Ste 100
Houston, TX 77031


Tomball Area Chamber of Commerce
14011 Park Dr., Ste 111
Tomball, TX 77375


Trinity Capital
475 Sansome St.
San Francisco, CA 94111

Tukay Associates
 11222 Richmond Ave., Ste 214
Houston, TX 77082


TW Telecom
P.O. Box 172567
Denver, CO 80217


US Health Works
P.O. Box 404974
Alanta, GA 30384


Veritas Title Partners
2415 W. Alabama, Ste 203
Houston, TX 77098


Water Engineers
17230 Huffmeister Rd.
Cypress, TX 77429


WCDEP
742 12th St.
Hempstead, TX 77445


West Houston Association
820 Gessner, Ste 1310
Houston, TX 77024


Whitley & Siddons
P.O. Box 164047
Austin, TX 78716


Wright Business Technologies
333 N. Sam Houston Pkwy. E., Ste 100
Houston, TX 77060

Wright Express
P.O. Box 6293
Carol Stream, IL 60197

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                    CHAPTER   **11**
**CLR, Inc.**


DEBTOR(S)                                                 CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| James C. Peyton 18327 Heaton Dr. Houston, TX  77084 | 45.1% | | |
| John Manzelman 10502 Willow Park Green Houston, TX  77070 | 6.6% | | |
| John P. Peyton 13402 Taylorcrest Houston, TX  77079 | 34.3% | | |
| Kyle A. Bertrand 27010 FM 2978 Magnolia, TX  77354 | 9.5% | | |
| Nick Bailey | 3.3% | | |
| Tommy Cromer | 1.2% | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Treasurer**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**02/09/2010**_____          Signature:___**/s/ John Manzelmann**_____
                                                              *John Manzelmann*
                                                              **Treasurer**